IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| GENNADY KRECHNER, on his behalf, | : | |
| and on behalf all others | : | CIVIL ACTION |
| similarly situated, | : | |
|     Plaintiff, | : | |
| | : | |
|     v. | : | |
| | : | |
| NATIONSTAR | : | |
| MORTGAGE LLC, et al., | : | No. 15-5054 |
|     Defendants. | : | |

**ORDER**

**AND NOW**, this **17th** day of **December, 2015**, upon consideration of the Memorandum in Support of Motion to Dismiss Amended Complaint Against Nationstar Mortgage LLC, Plaintiff's opposition thereto, and for the reasons provided in this Court's Memorandum dated December 17, 2015, it is hereby **ORDERED** that:

1. The motion (Document No. 13) is **GRANTED**.

2. Nationstar Mortgage is **DISMISSED** from this case.

BY THE COURT:

_____
**Berle M. Schiller, J.**